UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>PARAMO, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01481 – JLT (PC)<br><br>ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF CALIFORNIA |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

      The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).  Moreover, where a party iniaties a matter within the wrong district, a federal court may, in the interest of justice, transfer the complaint to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

      In this case, none of the defendants reside in this district.  Plaintiff's claim arose in San Diego

1 County, which lies within the Southern District of California.  Therefore, plaintiff's claim should have
2 been filed in the United States District Court for the Southern District of California.
3     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
4 District Court for the Southern District of California.

6 IT IS SO ORDERED.

7   Dated:   **September 16, 2013**          **/s/ Jennifer L. Thurston**
8                                                             UNITED STATES MAGISTRATE JUDGE

2